1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SOKHOM YIM,                          No.  2:22–cv–1935–KJN

12              Plaintiff,                 ORDER GRANTING IFP AND
                                           DIRECTING E-SERVICE
13        v.
                                           (ECF No. 2.)
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17        Presently pending before the court is plaintiff's motion for leave to proceed in forma

18   pauperis.  See 28 U.S.C. § 1915 (authorizing the commencement of an action "without

19   prepayment of fees or security" by a person that is unable to pay such fees).[1]  (ECF No. 2.)

20   Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs

21   or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

22        1.        Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

23        2.        The Clerk of Court is directed to issue a summons for this case, the undersigned's

24                  scheduling order for Social Security cases, and the court's order regarding consent

25                  to the jurisdiction of a magistrate judge; and

26

27   _____
     [1] Actions involving review of Social Security decisions are referred to a magistrate judge
28   pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

1      3.      In keeping with the court's e-service procedure for Social Security cases, service

2              on the defendant Commissioner of Social Security Administration shall proceed

3              under the court's E-Service program as follows.  Once a summons is issued, the

4              Clerk of Court shall deliver to the Commissioner of Social Security

5              Administration and the United States Attorney's Office at their designated email

6              addresses a notice of electronic filing of the action along with the summons and

7              complaint.  The Commissioner has represented to the court not to raise a defense

8              of insufficient service of process if provided with notice of a complaint as detailed

9              in this order.  This order is not intended to prevent parties from making any other

10             motions that are appropriate under the Federal Rules of Civil Procedure.

11     Dated:  October 28, 2022

12

13     _____
       KENDALL J. NEWMAN
14     UNITED STATES MAGISTRATE JUDGE

       yim.1935
15

16

17

18

19

20

21

22

23

24

25

26

27

28