PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Blvd.
    Baltimore, Maryland 21235
    Telephone:  (510) 970-4819
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOKHON YIM, | Case No. 2: 22-CV-01935-KJN |
| Plaintiff, | STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

1    IT IS HEREBY STIPULATED, by and between the parties, through their respective

2 counsel of record, with the approval of the Court, that this action be remanded for further

3 administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4    On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing,

5 further develop the record as necessary, and issue a new decision.

6    The parties further request that the Clerk of the Court be directed to enter a final judgment

7 in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

8                                    Respectfully submitted,

9                                    FORSLUND LAW LLC
10 Dated: February 10, 2023
                                     By:_/s/ Jacqueline A. Forslund*_____
11                                       JACQUELINE A. FORSLUND
                                         Attorney for Plaintiff
12                                       [*As authorized by e-mail on February 10, 2023]

13

14 Dated: February 21, 2023          PHILLIP A. TALBERT
                                     United States Attorney
15                                   MATHEW W. PILE
                                     Associate General Counsel
16                                   Office of Program Litigation, Office 7

17
                                     By: _/s/ Geralyn Gulseth_____
18                                       GERALYN GULSETH
19                                       Special Assistant United States Attorney

20                                   Attorneys for Defendant

21

22                                   **ORDER**

23
Pursuant to stipulation, IT IS SO ORDERED.
24
Dated:  February 21, 2023
25

26                                   _____
27                                   KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
28    yim.1935

Stipulation; Remand Order
2: 22-cv-01935-KJN